UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:05-CR-122-FL
No.: 7:16-CR-32-FL

| | |
|---|---|
| ERIC TERRELL BLAND, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER DISMISSING PETITIONER'S |
| ) | 2255 MOTION |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

THIS MATTER COMING ON AND BEING HEARD, before the undersigned United States District Court Judge, upon Petitioner's Motion to Dismiss; AND FOR GOOD CAUSE SHOWN, it is hereby ORDERED, ADJUDGED and DECREED, that Petitioner's Motion to Dismiss is hereby GRANTED.

This  13th  day of    September   , 2016.

_____
THE HONORABLE LOUISE W. FLANAGAN
United States District Court Judge