**U.S.A. vs. Eric Terrell Bland**                                    **Docket No. 7:05-CR-122-1FL**

### Petition for Action on Supervised Release

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Terrell Bland, who upon an earlier plea of guilty to Possession of a Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 16, 2007, to the custody of the Bureau of Prisons for a term of 142 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Eric Terrell Bland was released from custody on January 17, 2017, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On April 19, 2017, Bland submitted to a urinalysis test with revealed a positive result for marijuana. When confronted with the result, Bland admitted to using the substance and was willing to participate in any required treatment to address this issue.

At the time of his positive test Bland was participating in the Surprise Urinalysis Program (SUP) and in the process of being evaluated for a treatment program by substance abuse counselors. It is recommended that Bland received mandatory substance abuse counseling, that his SUP participation be increased, and that he be placed in the DROPS program to discourage future drug use.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days; The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                          I declare under penalty of perjury that the foregoing
                                                is true and correct.


/s/ Robert L. Thornton                          /s/ Erik J. Graf
Supervising U.S. Probation Officer              U.S. Probation Officer
                                                Wilmington, NC
                                                Phone: 910-679-2031
                                                Executed On: May 15, 2017

## ORDER OF THE COURT

Considered and ordered this ____16th____ day of _____May_____, 2017, and ordered filed and made a part of the records in the above case.

_____
Louise W. Flanagan
U.S. District Judge