UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Eric Terrell Bland            Docket No. 7:05-CR-122-1FL

**Petition for Action on Supervised Release**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Eric Terrell Bland, who upon an earlier plea of guilty to Possession of a Firearm by a Felon in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1), was sentenced by the Honorable Louise W. Flanagan, U.S. District Judge, on April 16, 2007, to the custody of the Bureau of Prisons for a term of 142 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Eric Terrell Bland was released from custody on January 17, 2017, at which time the term of supervised release commenced.

On May 16, 2017, the court ordered the offender be placed in DROPS program as a result of a positive urine screen and admission of using marijuana.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 17, 1995, Bland was convicted of Crime Against Nature in Columbus County Superior Court. Pursuant to sex offender policies for supervision in the Eastern District of North Carolina, we request Bland be required to submit to a sex offender psycho-sexual evaluation to determine any needed treatment and address any safety concerns.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall submit to a psycho-sexual evaluation by a qualified mental health professional who is experienced in evaluating sexual offenders and who is approved by the U.S. Probation Officer.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Robert L. Thornton            /s/ Erik J. Graf
Robert L. Thornton            Erik J. Graf
Supervising U.S. Probation Officer            U.S. Probation Officer
           2 Princess Street, Suite 308
           Wilmington, NC 28401-3958
           Phone: 910-679-2031
           Executed On: August 18, 2017

**Eric Terrell Bland**
**Docket No. 7:05-CR-122-1FL**
**Petition For Action**
**Page 2**

## ORDER OF THE COURT

Considered and ordered this  24th  day of  August , 2017, and ordered filed and made a part of the records in the above case.

/s/ Louise W. Flanagan
Louise W. Flanagan
U.S. District Judge